IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JACOB HERNDON                          §
(Dallas Cty. Jail Bookin No. 17050746),  §
                                       §
            Plaintiff,                 §
                                       §
V.                                     §          No. 3:18-CV-189-M
                                       §
AMBER GIVENS-DAVIS, ET AL.,            §
                                       §
            Defendants.                §

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court instructs Plaintiff to file a motion to reopen the case within 60 days after entry of judgment in the applicable state criminal court case. His failure to do so will result in the dismissal without prejudice of this case, under Federal Rule of Civil Procedure 41(b), for failure to prosecute and/or comply with a court order.

SO ORDERED this 23rd day of February, 2018.

BARBARA M. G. LYNN
CHIEF JUDGE