IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JACOB HERNDON (Dallas Cty. Jail Bookin No. 17050746), | § § § § § § § § § § § | |
| Plaintiff, | | |
| V. | | No. 3:18-cv-189-M |
| AMBER GIVENS-DAVIS, ET AL., | | |
| Defendants. | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The motion to reopen [Dkt. No. 13] is therefore DENIED. Plaintiff is instructed that the claims raised in this action may not be asserted again until the *Heck v. Humphrey*, 512 U.S. 477 (1994) conditions are met.

SO ORDERED this 29th day of May, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE